**In re Jacquelyn MILES.**

**No. 01–00–00707–CR.**

Court of Appeals of Texas,
Houston (1st Dist.).

Aug. 9, 2001.

Publication Ordered Aug. 30, 2001.

Panel consists of Justices WILSON,
TAFT, and PRICE.*

**ORDER OF CONTEMPT AND
COMMITMENT**

PER CURIAM.

On March 22, 2001, this Court ordered
Jacquelyn Miles, a court reporter in the
above-numbered appeal, styled *Brian Me-
gas v. State of Texas*, in the 183rd District
Court of Harris County, Texas, to file her
portion of the reporter's record no later
than May 23, 2001 at 5:00 p.m. The order
further stated that the failure of Jacquelyn
Miles to file her portion of the reporter's
record by the date specified may result in
the issuance of a show cause order and/or
a judgment of contempt. The March 22,
2001 order was personally served on Jac-
quelyn Miles on March 29, 2001. Never-
theless, Jacquelyn Miles did not file the
reporter's record on or before May 23,
2001.

Therefore, on June 7, 2001, this Court
issued an **ORDER TO FILE REPORT-
ER'S RECORD AND TO SHOW
CAUSE,** directing Jacquelyn Miles to file
her portion of the reporter's record and to
show cause why she should not be held in
contempt of court for failing to file her
portion of the reporter's record on or be-
fore July 24, 2001. The order directed
Jacquelyn Miles on or before July 24, 2001,
to file her portion of the reporter's record
and her affidavit and, if necessary, the
affidavits of others setting forth facts that
deny or excuse her contempt.[1] The June
7, 2001 order was personally served on
Jacquelyn Miles on June 21, 2001. On
July 18, 2001, Jacquelyn Miles filed her

---

\* The Honorable Frank C. Price, former Justice,
Court of Appeals, First District of Texas at
Houston, participating by assignment.

1. The Court of Criminal Appeals has followed
procedures similar to ours in the present

case. *See In re Van Orden,* 559 S.W.2d 805,
806 (Tex.Crim.App.1977). The federal courts
have approved similar procedures. *See Fahle
v. Cornyn,* 231 F.3d 193, 196–97 (5th Cir.
2000).

portion of the reporter's record. However, Jacquelyn Miles has not filed either her affidavit or the affidavits of others setting out facts, if any, that deny or excuse the contempt.

We hold that the said Jacquelyn Miles has failed to comply with the order of this Court to file her portion of the reporter's record in a timely manner and the **ORDER TO FILE REPORTER'S RECORD** dated March 22, 2001. The Court specifically finds that Jacquelyn Miles is in contempt for violating this Court's order of March 22, 2001. This is not the first time we have held Miles in contempt.

**NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** by the Court of Appeals, First District of Texas, that the same Jacquelyn Miles shall be fined in the amount of $500 payable to the Clerk of the Court of Appeals, First District of Texas, **and** confined in the Harris County Jail for three calendar days without the benefit of any additional time credits. If Miles has not paid the $500 fine at the time of her arrest, then in addition to the three calendar days punishment for contempt of court, Miles shall be confined in the Harris County Jail for a sufficient length of time to discharge the full amount of the $500 fine at the daily rate allowed for prisoners serving misdemeanor sentences.

**IT IS ORDERED** that all writs and other process necessary for the enforcement of this judgment be issued.

**IT IS FURTHER ORDERED** that the Clerk of this Court mail a copy of this order to the Texas Court Reporters Certification Board at P.O. Box 13131, Austin, Texas, 78711–3131. **IT IS FURTHER ORDERED** that the Clerk of this Court mail a copy of this order to the Honorable Joan Huffman, Judge, 183rd District Court.